UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUZAFFAR LAKHANI,

    Plaintiff,                                          No. 18-14038

v.                                                             Hon. Nancy G. Edmunds

CITY OF INKSTER.

    Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS

Plaintiff Muzaffar Lakhani filed suit against Defendant City of Inkster in this Court on December 23, 2018. While Plaintiff's complaint does allege violations of federal law, including violations of Title VII of the Civil Rights Act of 1964, Plaintiff's complaint also presents claims based on state law, including violations of Michigan's Elliott-Larsen Civil Rights Act. Since the parties to this matter are nondiverse, this Court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994); *see also Chambers v. Trettco, Inc.*, 614 N.W.2d 910, 918 (Mich. 2000) (observing that the employer's burden of proof in claims brought under Title VII is different than that for the same claims brought under Michigan's Elliott-Larsen Civil Rights Act).

Thus, pursuant to 28 U.S.C. § 1367(c), all of Plaintiff's state law claims including, but not limited to, those based on violations of Michigan's Elliott-Larsen Civil

Rights Act (Counts II, IV, VI), Michigan common law (Counts XI, XIII), and other Michigan statutory law (Counts XII, XIV) are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: January 11, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 11, 2019, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager